BEFORE THE SECOND DIVISION, DECEMBER 22, 1965

**No. 69710.**—Schick X-Ray Co., Inc. *v.* United States, protests 64/11459 and 64/22731 (New York).

Opinion by RAO, C.J.   In accordance with stipulation of counsel that the merchandise consists of injectors or parts thereof, dedicated for use therewith, in chief value of metal, not laboratory apparatus, similar in all material respects to those the subject of *Schick X-Ray Co., Inc.* v. *United States* (49 Cust. Ct. 38, C.D. 2358), the claim of the plaintiff was sustained.